■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v SANDRA REYES, Respondent. [994 NYS2d 863]—Order, Supreme Court, Bronx County (Caesar D. Cirigliano, J.), entered on or about October 25, 2011, which granted defendant's CPL 440.10 motion to vacate a judgment of the same court and Justice, rendered October 21, 1999, convicting defendant, on her plea of guilty, of attempted criminal sale of a controlled substance in the third degree, and sentencing her to a term of five years' probation, unanimously reversed, on the law, and the judgment reinstated.

The judgment of conviction was vacated pursuant to *Padilla v Kentucky* (559 US 356 [2010]), which was decided after defendant's conviction had become final. In view of the Court of Appeals' determination that the *Padilla* rule will not be applied retroactively in the courts of this state (*People v Baret*, 23 NY3d 777 [2014]), we reverse the order granting defendant's CPL 440.10 motion and reinstate the judgment of conviction. Concur—Mazzarelli, J.P., Friedman, Manzanet-Daniels and Clark, JJ.